UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTOINE REEVES,<br><br>               Plaintiff,<br><br>     v.<br><br>ERGS IX REO OWNER, LLC, et al.,<br><br>               Defendants. | CASE NO. C14-0969JLR<br><br>ORDER REMANDING CASE |

Before the court is Defendants' response to the court's third order to show cause. (3d Resp. (Dkt. # 21).) Previously, the court ordered Defendants to show cause on three separate occasions why the court has subject matter jurisdiction over this case. (7/7/14 Order (Dkt. # 6); 7/17/14 Order (Dkt. # 15); 7/28/14 Order (Dkt. # 20).) Defendants, who are a limited liability company ("LLC") and a limited partnership, ("LP") have invoked the court's diversity jurisdiction but have not established their own corporate citizenship for diversity purposes. (*See* 7/28/14 Order.) Thus, the court previously ordered Defendants to list each of their owners and partners, and their owners and

ORDER- 1

partners' owners and partners, in order to establish diversity jurisdiction. (*See id.*) In two previous attempts, Defendants failed to do so. (*Id.*)

Defendants' latest response indicates that they have now given up trying to establish diversity jurisdiction:

> At this point, Defendants, a Limited Liability Company and a Limited Partnership, believe the best course of action is a remand to state court, rather than having to identify every owner, member, and partner and obtain evidence of state citizenship of every owner, member, and partnership in their complicated ownership charts, as requested by the Court in the Third Order to Show Cause.

(3d Resp. at 1-2.) Without a showing of subject matter jurisdiction, the court cannot proceed. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Consequently, the court ORDERS that:

1. Pursuant to 28 U.S.C. §§ 1447(c) and 1447(d), all further proceedings in this case are REMANDED to the Superior Court for King County in the state of Washington,

2. The Clerk of the Court shall send copies of this order to all counsel of record for all parties,

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk of the Court shall mail a certified copy of the order of remand to the Clerk of the Court for the Superior Court for King County, Washington,

4. The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County, Washington,

ORDER- 2

5. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the state of Washington, as may be appropriate in due course, and

6. The Clerk of the Court shall CLOSE this case.

Dated this 7th day of August, 2014.

*[signature]*

JAMES L. ROBART
United States District Judge